■ UHT v HAZEN AND SAWYER ENVIRONMENTAL ENGINEERS & SCIENTISTS, P. C. (And Other Actions.) [668 NYS2d 91] —Appeal dismissed. See this Court's decision and order entered on October 9, 1997 (243 AD2d 290). Concur—Ellerin, J. P., Wallach, Nardelli and Mazzarelli, JJ.

■ In the Matter of DOMENICK CRISPINO, a Suspended Attorney. [668 NYS2d 91] —Motion granted, and the unpublished order of this Court entered on October 16, 1997 (M-4194), recalled and vacated, without prejudice to renewal of an application for an interim suspension upon proper service, and respondent is reinstated as an attorney and counselor-at-law in the State of New York nunc pro tunc to October 16, 1997. No opinion. Concur—Sullivan, J. P., Nardelli, Williams, Tom and Colabella, JJ.

■ In the Matter of WILMER RUTH HILL-GRIER, a Disbarred Attorney. [668 NYS2d 91] —Motion for waiver of the filing fee for reinstatement denied, with leave to renew upon an affidavit in compliance with CPLR 1101. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Wallach and Rubin, JJ.